UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-25834-PCH

MARKO HAMALII a/k/a MARKO ZNAK,

    Petitioner,

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; TODD LYONS, Acting Director and Senior Official Performing the Duties of the Director of ICE, in his official capacity; GARRETT RIPA, Field Office Director for ICE ERO Miami, in his official capacity; Warden of the Krome North Service Processing Facility, in his/her official capacity, U.S. Department of Homeland Security; and U.S. Immigration and Customs Enforcement.,

    Respondents.
_____/

**ORDER**

THIS CAUSE is before the Court *sua sponte*. Upon further consideration, the Court's previous Order Denying the Petition for Writ of Habeas Corpus [ECF No. 18] is **VACATED**. A superseding Order will follow.

DONE AND ORDERED in Miami, Florida, on February 23, 2026.

                                                    PAUL C. HUCK
                                                   UNITED STATES DISTRICT JUDGE

cc:    counsel of record